UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

CHARLES SMILES,

        Plaintiff,

v.

LARRY S. ROYSTER et al.,

        Defendants.

_____/

Case No. 2:17-cv-165

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Opinion issued this date:

**IT IS ORDERED** that Plaintiff's action be **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated: March 13, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge